IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3084 |
| vs. | |
| ROBERT ROSE, SR., | ORDER |
| Defendant. | |

This matter is before the Court on the government's motion (filing 69) to review the defendant's self-surrender. The Court has been advised that the motion is uncontested. Accordingly,

IT IS ORDERED:

1. The government's motion to review self-surrender status (filing 69) is granted.

2. The defendant's release status is revoked.

3. The defendant shall report no later than 2:30 p.m. on Wednesday, September 23, 2020, to the United States Marshal's Office on the fifth floor of the Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, to begin immediate service of his sentence. If the defendant fails to report as ordered, a warrant shall issue.

4. The Clerk of the Court shall promptly provide the United States Marshals Service with a copy of this order.

Dated this 22nd day of September, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge